IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, in his official capacity as POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and JACK BOSTER, in his individual capacity,<br><br>        Defendants.<br>                                                / | No. C 05-03396 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      The Court **CONTINUES** the case management conference, currently set for December 22, 2005, to **JANUARY 12, 2006, AT 11:00 A.M.** A joint case management statement is to be filed no later than January 5, 2006. There will be no further continuances.

      **IT IS SO ORDERED.**

Dated: December 20, 2005.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE