PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA (STATE BAR NO. 229736)
OK-HEE SHIM (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
NOHEMI LAZCANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO, | NO. C05-3396 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE AND JACK BOSTER, IN HIS INDIVIDUAL CAPACITY, | |
| Defendants | |

The Plaintiff NOHEMI LAZCANO and Defendant POTTER, by and through their respective counsel, hereby stipulate and agree that Plaintiff LAZCANO may file a First Amended Complaint forthwith.

Good cause exists for this Stipulation in that Plaintiff is dismissing causes of action arising out of state law, and dismissing the United States Postal Service as a Defendant.

By agreeing to this Stipulation, Defendants do not waive any defenses or their right to move to dismiss the allegations pursuant to Rule 12(b)(6).

Dated:  January 30, 2006          PRICE AND ASSOCIATES

                                  _____/s/_____
                                  PAMELA Y. PRICE, Attorneys for Plaintiff
                                  NOHEMI LAZCANO

Dated: January 30, 2006           KEVIN V. RYAN
                                  United States Attorney
                                  JOANN M. SWANSON
                                  Chief, Civil Division
                                  ABRAHAM A. SIMMONS
                                  Assistant United States Attorney


                                  _____/s/_____
                                  ABRAHAM A. SIMMONS, Attorneys for Defendant
                                  JOHN E. POTTER

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff may file her First Amended Complaint on or before  February 7, 2006  . The First Amended Complaint shall be served no later than  February 7, 2006  . Defendants' Answer to the Complaint shall be served and filed no later than  February 22, 2006  .

Dated:   January 31, 2006         _____
                                  HON. WILLIAM H. ALSUP
                                  UNITED STATES DISTRICT COURT