PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
NOHEMI LAZCANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL,<br><br>　　　　Defendant. | NO. C05-3396 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE PARAGRAPH 14 AND FOURTH PRAYER FOR RELIEF FROM  PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff NOHEMI LAZCANO and Defendant JOHN E. POTTER, by and through their respective counsel, hereby stipulate and agree that Paragraph 14 and the fourth prayer for relief in Plaintiff's First Amended Complaint may be striken forthwith.

Good cause exists for this Stipulation in that Defendant POTTER is not subject to punitive damages.

1061.02P204

-1-

STIPULATION AND ORDER TO STRIKE (C05-3396 WHA)

Dated:  February 24, 2006                PRICE AND ASSOCIATES

                                         _____/s/_____
                                         PAMELA Y. PRICE, Attorneys for
                                         Plaintiff NOHEMI LAZCANO

Dated:  February 24, 2006                KEVIN V. RYAN
                                         United States Attorney
                                         JOANN M. SWANSON
                                         Chief, Civil Division
                                         ABRAHAM A. SIMMONS
                                         Assistant United States Attorney

                                         _____/s/_____
                                         ABRAHAM A. SIMMONS, Attorneys for
                                         Defendant JOHN E. POTTER

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff may strike paragraph 14 and fourth prayer for judgment from Plaintiff's First Amended Complaint on or before  March 15, 2006    .

Dated:  February 28, 2006                _____
                                         HON. WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT COURT

