| | |
|---|---|
| 1 | PAMELA Y. PRICE (SBN 107713) |
| | P. BOBBY SHUKLA, ESQ. (SBN 229736) |
| 2 | OK-HEE SHIM, ESQ. (SBN 240998) |
| | PRICE AND ASSOCIATES |
| 3 | |
| | A Professional Law Corporation |
| 4 | 1617 Clay St. |
| | Oakland, CA 94612 |
| 5 | Telephone: (510) 452-0292 |
| | Facsimile: (510) 452-5625 |
| 6 | Email: pypesq@aol.com |

Attorneys for Plaintiff  NOHEMI LAZCANO

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7264
Facsimile:    (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for the Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO, | NO. C05-3396 WHA |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION OF COUNSEL; [PROPOSED] ORDER** |
| JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, the parties hereby submit the following stipulated request for order changing time by which the mediation in this case must be completed. The current deadline for completing the mediation is April 11, 2006. The parties agree and request that the Court approve a mediation on May 31, 2006. This will permit defendant sufficient time to complete the requisite discovery

in order to ensure that the mediation will be as productive as possible.

Respectfully submitted,

| PRICE AND ASSOCIATES | KEVIN V. RYAN<br>United States Attorney |
|---|---|
| Dated: April 6, 2006    /s/<br>P. Bobby Shukla<br>Attorneys For Plaintiff | /s/<br>ABRAHAM A. SIMMONS<br>Assistant United States Attorney |

## [PROPOSED] ORDER

Good cause appearing, the stipulation is approved. The mediation may occur as scheduled on May 31, 2006.

_4/10/06_____

Date

/s/ Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Declaration of Counsel**

I, ABRAHAM A. SIMMONS, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California and I have been assigned to represent the government in the above-captioned matter. If called to testify I would and could competently testify as to the facts in this declaration.

2. This case was referred to mediation at the January 12, 2006, Initial Case Management Conference. According to ADR Local Rule 6-4(b), the deadline for completing the mediation, absent court order, is April 11, 2006.

3. The pre-mediation conference call in this case did not occur until March 30, 2006. The mediator is Greta W. Schnetzer. She explained to the parties during the call that there were delays in her receipt of the case.

4. At the conference call, the parties discussed the nature of the relief that would be sought and other aspects of the case. I came to the conclusion that I would not be able fairly to evaluate the positions that plaintiff was taking with respect to the relief she would be seeking at the mediation without first taking plaintiff's deposition. Further, I do not think it would be in the government's interest to take the plaintiff's deposition until after defendant receives responses to interrogatories and document requests. Although the paper discovery has been prepared, it is not yet due.

5. It will be possible to receive defendant's discovery responses, take plaintiff's deposition and then and conduct the mediation by May 31, 2006. The parties and the mediator all are agreeable to this mediation date.

6. Because it likely would be fruitless to attempt to mediate the matter earlier than May 31, 2006, I believe that extending the deadline for mediation until that date would help ensure that the mediation will be as effective as possible.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this April 4th day in April, 2006, in San Francisco, California.

_____/s/_____
ABRAHAM A. SIMMONS

1061.02P203

-3-
Stipulation to Change Time (05-3396 WHA)