IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOHEMI LAZCANO,

    Plaintiff,

  v.

JOHN E POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, AND JACK BOSTER, IN HIS INDIVIDUAL CAPACITY,

    Defendants.

No. C 05-03396 WHA

**ORDER RE DISCOVERY HEARING**

With respect to Mr. Simmons' request to postpone the discovery hearing until after his Ninth Circuit argument on Thursday morning, the Court will move the hearing to 4:00 p.m. on September 14, 2006, to allow Mr. Simmons to attend his Ninth Circuit argument. It is unnecessary for Mr. Simmons to file a letter of opposition. The Court has read Ms. Price's letters and believes that Mr. Simmons ought to be able to respond verbally without much homework on Thursday afternoon. Ms. Price should bring copies of all interrogatories and document requests and any other correspondence relating to the problem. Mr. Simmons is advised to do the same.

**IT IS SO ORDERED.**

Dated: September 12, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE