```
 1 │ KEVIN V. RYAN (SBN 118321)
   │ United States Attorney
 2 │ JOANN M. SWANSON (SBN 88143)
   │ Chief, Civil Division
 3 │ ABRAHAM A. SIMMONS (SBN 146400)
   │ Assistant United States Attorney
 4 │
   │     450 Golden Gate Avenue, 9th Floor
 5 │     San Francisco, California 94102-3495
   │     Telephone:    (415) 436-7264
 6 │     Facsimile:    (415) 436-6748
   │     Email:        abraham.simmons@usdoj.gov
 7 │
   │ Attorneys for the Postmaster General
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO, | NO. C05-3396 WHA |
| Plaintiff, | **ORDER GRANTING IN PART DEFENDANT'S REQUEST FOR RELIEF** |
| v. | |
| JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, | |
| Defendant. | |

This matter came on for hearing on September 18, 2006 before the Honorable William H. Alsup in Courtroom 9 of the above-entitled Court, pursuant to Defendant's request for various relief set out in his letter ("Letter") dated and filed September 14, 2006 [Docket No. 38]. Both parties were represented by counsel.

The parties have met and conferred and resolved a number of issues addressed in the Letter. Specifically, plaintiff has agreed to make Dr. Katz available for deposition on September 20, 2006, has agreed to produce all tax information requested in defendant's discovery and has agreed to sign releases so that defendant can obtain information from plaintiff's medical and psychiatric/ psychological treaters.

The court further orders as follows:

1. Plaintiff shall itemize the elements of her claim for damages, including her claim for loss of earnings and earnings capacity.  On or before noon, September 20, 2006, plaintiff shall provide such calculation to defendant.  The calculation need not include the amount claimed for exemplary or punitive damages.  Plaintiff shall provide a reasonable range of the amount of damages being claimed in each category.

2. On or before noon, September 20, 2006, plaintiff shall produce all documents that support her claim for damages.

3. Defendant shall provide to plaintiff the agreed-upon form of release forthwith. Plaintiff shall return to defendant signed releases within twenty-four hours of receipt.

4. Defendant may schedule an independent medical examination of plaintiff to take place on or before October 2, 2006.

5. Defendant's expert disclosures/reports shall be due October 13, 2006.  Such reports include reports on issues in which defendant has the burden of proof.

6. The deposition of Mr. Boster shall take place on October 5, 2006 from 8 a.m to 5 p.m.  It shall last no longer than one day.  Three fifteen-minute breaks and one one-hour break are permitted.

7. The deposition of Ms. Lazcano shall take place on October 6, 2006 beginning at 8 a.m. at Defendant's counsel's office.

No other changes are made to the court's previous scheduling orders.

IT IS SO ORDERED.

  September 26, 2006  
     Date

_____  
HONORABLE WILLIAM ALSUP  
Federal District Judge

Approved as to form,

\_\_\_\_/s/_____  
Attorneys for Plaintiff

1  NOHEMI LAZCANO