IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOHEMI LAZCANO,

    Plaintiff,

v.

JOHN E POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, AND JACK BOSTER, IN HIS INDIVIDUAL CAPACITY,

    Defendants.

No. C 05-03396 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

The Court hereby sets a hearing for **OCTOBER 19, 2006, AT 3:00 P.M.** re defendant's discovery dispute as outlined in his letter of October 12, 2006. Plaintiff's response is due by **OCTOBER 17, 2006**.

**IT IS SO ORDERED.**

Dated: October 13, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE