1 KEVIN V. RYAN (SBN 118321)
United States Attorney
2 JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for the Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NOHEMI LAZCANO, | ) NO. C05-3396 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER GRANTING, IN PART, DEFENDANT'S REQUEST FOR RELIEF |
| JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, | ) |
| Defendant. | ) |

This matter came on for hearing on October 19, 2006 before the Honorable William H. Alsup in Courtroom 9 of the above-entitled Court, pursuant to Defendant's request for various relief set out in his letter ("Letter") dated and filed October 13, 2006 [Docket No. 46]. Both parties were represented by counsel.

The court orders as follows:

1. Unless otherwise stipulated by the parties in writing, plaintiff's deposition shall resume on November 13, 2006 at 8:00 a.m. The deposition shall be concluded at noon. The parties shall be entitled to two fifteen-minute breaks.

2. Defendant shall be entitled to the independent medical examination of plaintiff which shall take place on November 28, 2006. The report of the examination shall be completed on or before December 8, 2006. The deposition of defendant's expert

shall take place December 15, 2006 and shall commence at 2:30 p.m. and shall last no longer than four hours. The deposition shall take place in the San Francisco Bay Area rather than the expert's Los Angeles office.

3. Defendant shall not be entitled to take the deposition of Ralph Hernandez.

**IT IS SO ORDERED**.

November 1, 2006
_____
Date

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED / Judge William Alsup*