United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOHEMI LAZCANO,                                    No. C 05-03396 WHA

          Plaintiff,

     v.                                            **REQUEST FOR RESPONSE**

JOHN E POTTER, IN HIS OFFICIAL
CAPACITY AS POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE, AND JACK BOSTER, IN HIS
INDIVIDUAL CAPACITY,

          Defendants.
                                        /

     By **NOON** on **MONDAY, DECEMBER 4, 2006**, plaintiff's counsel shall please file a

response to defendant's *ex parte* application.

     **IT IS SO ORDERED.**

Dated:  November 30, 2006                    _____
                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE