PAMELA Y. PRICE, ESQ. (SBN 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff NOHEMI LAZCANO

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    Facsimile: (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for the Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL,<br><br>    Defendant. | NO. C05-3396 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINES FOR PRETRIAL DOCUMENTS** |

    The parties, by and through their respective counsel, agree, stipulate and request an order to continue the dates for filing pretrial documents as follows:

    Proposed Joint Pretrial Order and Jury Instructions:    January 17, 2007

    Witness Lists and Exhibit Lists:    January 19, 2007

-1-
STIPULATION AND [PROPOSED] ORDER C05-3396 (WHA)

This stipulation and request is made on the ground that the trial in *Walker v. Contra Costa County*, U.S. District Court Case No. C 03-3723 (TEH), has become longer than expected and is interfering with the ability of the parties to finalize the pretrial documents in this case.

DATE: January 16, 2007         KEVIN V. RYAN
                               United States Attorney


                               /s/
                               ABRAHAM SIMMONS
                               Assistant United States Attorney
                               Attorneys for Defendant JOHN E. POTTER

DATE: January 16, 2007         PRICE AND ASSOCIATES


                               /s/
                               OK-HEE SHIM
                               Attorneys for Plaintiff
                               NOHEMI LAZCANO


### ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the dates for filing pretrial documents as follows:

Proposed Joint Pretrial Order and Jury Instructions:    January 17, 2007

Witness Lists and Exhibit Lists:                         January 19, 2007


Dated: January 17, 2007
                                         IT IS SO ORDERED
                                         Judge William Alsup

                               HON. WILLIAM H. ALSUP
                               UNITED STATES DISTRICT JUDGE