UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO, | No. C-05-03396 WHA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| JOHN E. POTTER, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 25, 2007, at 1:30 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the conference with parties who have complete, unlimited authority to negotiate a settlement. In particular, lead trial counsel for Defendant is ORDERED to appear at the conference with a government representative who has complete, unlimited authority to approve a potential settlement that is subject only to the final approval of Defendant's Area Human Resources Manager.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's January 9, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: January 22, 2007

JOSEPH C. SPERO
United States Magistrate Judge