IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOHEMI LAZCANO,　　　　　　　　　　　　　No. C 05-03396 WHA

　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER TO JURY COMMISSIONER**

　v.

JOHN E. POTTER,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

　　　IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: January 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE