PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
NOHEMI LAZCANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO, | NO. C05-3396 WHA |
| Plaintiff, | [PROPOSED] ORDER PERMITTING PLAINTIFF TO USE CERTAIN EQUIPMENT DURING JURY TRIAL AND TO BRING SUCH EQUIPMENT INTO COURTHOUSE ORDER |
| v. | |
| JOHN E. POTTER, et al., | |
| Defendant. | TRIAL DATE: January 29, 2007 |
| | HON. WILLIAM H. ALSUP |

Being that a jury trial is scheduled to begin in the above-styled matter on January 29, 2007 and being that a request has been made by Plaintiff NOHEMI LAZCANO to allow the use of a projector, a cart for projection purposes, a projection screen, and two laptops during said jury trial,

**IT IS HEREBY ORDERED** that the request to use said equipment during the jury trial is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court hereby allows that said equipment may be brought into the courthouse for the jury trial, scheduled to begin January 29, 2007.

DATED: January 29, 2007

_____
HON. WILLIAM H. ALSUP

[IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California]

1061.02P211PYP

- 1 -
[PROPOSED] ORDER FOR EQUIPMENT (C05-3396 WHA)