United States District Court

For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

NOHEMI LAZCANO,                                         No. C 05-03396 WHA

11

         Plaintiff,

12

  v.                                                              **[PROPOSED]**
                                                                **SPECIAL VERDICT FORM**
13                                                              **[discussed with counsel at 2/5/07**

JOHN E. POTTER, IN HIS OFFICIAL                         **charging conference]**
CAPACITY AS POSTMASTER GENERAL,

14
15

         Defendant.

                                    /

16
17

YOUR ANSWERS MUST BE UNANIMOUS.

18

## **CLAIM ONE**

19

    1.     Has plaintiff proved by a preponderance of the evidence that she was subjected

20

to a sexually hostile work environment during her employment with the United States Postal

21

Service?

22

               Yes _____          No _____

23

     If you answered "no" to Question 1, skip Questions 2 and 3 and go to

Question 4.  If you answered "yes" to Question 1, then answer

24

Question 2.

25
26

    2.     Has plaintiff proved by a preponderance of the evidence that any sexually

27

harassing conduct culminated in a tangible employment action?

28

               Yes _____          No _____

**United States District Court**

For the Northern District of California

1    If you answered "yes" to Question 2, then you have found defendant liable

2    on Claim One and must skip Question 3 and go to Question 4.  If you

3    answered "no" to Question 2, then answer Question 3.

4        3.      Has defendant proved by a preponderance of the evidence that:  (1) defendant

5    exercised reasonable care to prevent and promptly correct sexually harassing behavior, and (2)

6    that plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities

7    provided by defendant or unreasonably failed to otherwise avoid harm?

8            Yes _____          No _____

9    If you have answered "no" to Question 2 and "no" to Question 3, then you

10   have found defendant liable on Claim One.  If you have answered "no" to

11   Question 2 and "yes" to Question 3, then you have found defendant not

12   liable on Claim One.  Proceed to the next question.

13   **CLAIM TWO**

14       4.      Has plaintiff proved by a preponderance of the evidence her claim that she was

15   retaliated against for engaging in activity protected under federal law?

16           Yes _____          No _____

17   If you answered "yes" to Question 4, then you have found defendant liable

18   on Claim Two.  If you answered "no" to Question 4, then you have found

19   defendant not liable on Claim Two.  Proceed to the next question.

20   **CLAIM THREE**

21       5.      Has plaintiff proved by a preponderance of the evidence her claim that she was

22   discriminated against on the basis of a disability?

23           Yes _____          No _____

24   If you answered "yes" to Question 5, then you have found defendant liable

25   on Claim Three. If you answered "no" to Question 5, then you have found

26   defendant not liable on Claim Three.  Answer the remaining questions

27   only if you found liability on any of the three claims.  If you have not

28

1  found liability on any of the three claims, then you are finished and you

2  should sign and return the form in the envelope.

3  **DAMAGES (ALL CLAIMS)**

4  6.      Has plaintiff proved by a preponderance of the evidence that she suffered actual

5  injury, damage or harm caused by the acts or omissions of any of the agents of the United

6  States Postal Service?

7  Yes _____      No _____

8  If you answered "no" to Question 6, skip Question 7 and go to the

9  conclusion.  If you answered "yes" to Question 6, then answer Question 7.

10  7.      State the amount of any damages proven by plaintiff as a result of defendant's

11  acts or omissions.  If you award damages on multiple claims, you must also indicate a total to

12  eliminate any overlapping damages and to prevent double counting.

13  $_____

14

15  **CONCLUSION**

16  ONCE YOU HAVE FINISHED ANSWERING THE NECESSARY QUESTIONS UNANIMOUSLY,

17  PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM.  THEN CONTACT THE DEPUTY OR

18  MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

19

20

21

22  Dated:  February ____, 2007.                    _____

23                                                              Foreperson

24

25

26

27

28

United States District Court
For the Northern District of California

3