IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL,<br><br>    Defendant.<br>                                             / | No. C 05-03396 WHA<br><br>**STATEMENT OF ALLOCATED TIME** |

     The trial lasted nine days.  During the trial, each side had 30 minutes to open, 60 minutes to close, counsel for plaintiff used 13 hours 28 minutes to examine witnesses, and counsel for defendant used 6 hours 24 minutes to examine witnesses.  The remainder of the time was spent in conferences among counsel and the Court concerning jury instructions, evidence and witness problems, and trial management.

Dated: February 9, 2007.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE