PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
NOHEMI LAZCANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHEMI LAZCANO, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL, <br><br> Defendant. | NO. C05-3396 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF COSTS AND WAIVER OF RIGHT TO FILE NOTICE OF APPEAL** |

The parties, by and through their respective counsel, hereby stipulate and agree that Defendant Potter waives his right to recover costs from Plaintiff Nohemi Lazcano in exchange for Plaintiff's agreement to waive her right to file a Notice of Appeal from the Judgment entered in favor of Defendant Potter and against the Plaintiff on February 8, 2007.

Dated: March 12, 2007        PRICE AND ASSOCIATES


                             /s/
                             _____
                             PAMELA Y. PRICE, Attorneys for Plaintiff
                             NOHEMI LAZCANO

1061.02P214PYP

- 1 -
STIPULATION AND ORDER RE: WAIVER (C05-3396 WHA)

| | | |
|---|---|---|
| 1 | Dated: March 12, 2007 | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | | _____/s/_____<br>ABRAHAM A. SIMMONS |
| 4 | | JONATHAN U. LEE<br>Assistant United States Attorneys |
| 5 | | Attorneys for DEFENDANT POTTER |

**ORDER**

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED.** The Clerk of the Court is hereby notified that each side shall bear his or her costs.

Dated: March 13, 2007

_____
JUDGE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT